UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BAUDELIO ARAGON, et al., <br><br> Plaintiffs, <br><br> -v.- <br><br> SG PIZZA, INC. d/b/a ZESTY PIZZERIA, <br><br> Defendants. | 22 Civ. 08072 (JHR) <br><br> ORDER |

JENNIFER H. REARDEN, District Judge:

On January 13, 2023, Plaintiff Baudelio Aragon moved for default judgment against Defendants SG Pizza, Inc., Salvatore Grimaldi, and Stephano Grimaldi. ECF No. 23. In support, Plaintiff filed a memorandum of law, declaration, exhibits, and proposed default judgment. ECF Nos. 24-26. Pursuant to Rule 7 of the Court's Default Judgment Procedures, all papers filed in connection with a motion for default judgment "shall simultaneously be mailed to" each defendant at its "last known business address," and "[p]roof of such mailing shall be filed with the Court on ECF." *See* Indiv. Civil R. & Pracs., Attach. A, R. 7.

The docket does not reflect proof of service of Plaintiff's motion and supporting papers. By **June 9, 2023**, Plaintiff shall serve Defendants by mail and provide proof of that service on the docket.

SO ORDERED.

Dated: June 6, 2023
New York, New York

JENNIFER H. REARDEN
United States District Judge