UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BAUDELIO ARAGON, et al.,

                        Plaintiffs,

             -v.-

SG PIZZA, INC., et al.,

                        Defendants.

22 Civ. 08072 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

On January 13, 2023, Plaintiffs filed a motion for default judgment against all Defendants in this action.  ECF No. 23.  On June 13, 2023, the Court issued an Order to Show Cause directing Defendants, "(1) by **June 20, 2023**, [to] enter a notice of appearance, and (2) by **June 27, 2023 at 5:00 p.m.**, [to] file an opposition explaining why a default judgment is not warranted."  ECF No. 29 at 1.

On June 20, 2023, counsel filed a notice of appearance on behalf of all Defendants.  ECF No. 31.  On June 26, 2023, Defendants and Plaintiffs filed a stipulation providing that, "[a]ll Parties have agreed to [an] extension of time. . . . Defendants shall have until July 24, 2023 to answer, move or otherwise respond with respect to the Complaint."  ECF Nos. 32-33.

In light of the foregoing, Plaintiffs' motion for default judgment is DENIED without prejudice to renewal if Defendants fail to respond to the Complaint by July 24.

The Clerk of Court is directed to terminate ECF No. 23.

SO ORDERED.

Dated: July 18, 2023
      New York, New York

                                                                     JENNIFER H. REARDEN
                                                                    United States District Judge