**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
BAUDELIO ARAGON,

          Plaintiff,

          -against-

SG PIZZA, INC., et al.,

          Defendants.

-------------------------------------------------------------x

22-CV-8072 (JHR) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

In light of the referral to mediation, the Initial Case Management Conference scheduled for September 5, 2023, is **ADJOURNED sine die**. (*See* ECF Nos. 38, 39). The parties shall file a joint letter upon the conclusion of mediation.

      **SO ORDERED.**

Dated: August 11, 2023
      New York, New York

               *s/ Ona T. Wang*
               **Ona T. Wang**
               United States Magistrate Judge