**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
BAUDELIO ARAGON,

        Plaintiff,

        -against-

SG PIZZA, INC., et al.,

        Defendants.

------------------------------------------------------------x

22-CV-8072 (JHR) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a telephonic status conference on December 19, 2023. As discussed at the conference, Defendants' counsel shall file his motion to withdraw by **January 12, 2024**. Defendants' response and Plaintiff's response, if any, shall be filed by **January 26, 2024**.

        **SO ORDERED.**

Dated: December 20, 2023
       New York, New York

         *s/ Ona T. Wang*
         **Ona T. Wang**
         United States Magistrate Judge