**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
BAUDELIO ARAGON, et al.,                     :
                                             :
                Plaintiffs,                  :    22-CV-8072 (JHR) (OTW)
                                             :
        -against-                            :    ORDER
                                             :
SG PIZZA, INC., et al.,                      :
                                             :
                Defendants.                  :
                                             :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 51.

The Court will hold an In-Person Status Conference on **Wednesday, October 2, 2024, at 11:30 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. Defendants are directed <u>to appear in-person with counsel present</u> or risk default.

Plaintiffs are directed to serve a copy of this order on Defendants and file proof of service on the docket.

**SO ORDERED.**

Dated: September 13, 2024
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge