UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BAUDELIO ARAGON and JOAN ANAYA,
*on behalf of themselves,*
*FLSA Collective Plaintiffs, and the Class,*

                    Plaintiffs,

            v.

SG PIZZA, INC.
     d/b/a ZESTY PIZZERIA,
SALVATORE GRIMALDI, and
STEPHANO GRIMALDI,

                  Defendants.

Case No: 22-cv-08072

**NOTICE OF SECOND MOTION FOR DEFAULT JUDGMENT**

---

**PLEASE TAKE NOTICE** that upon the Affidavit of C.K. Lee and the exhibits attached thereto, and upon all prior proceedings had herein, Plaintiffs BAUDELIO ARAGON and JOAN ANAYA hereby move for an Order pursuant to Fed. R. Civ. P. 55(b)(2), granting Default Judgment in favor of Plaintiffs and against Defendants SG PIZZA, INC. d/b/a ZESTY PIZZERIA, SALVATORE GRIMALDI, and STEPHANO GRIMALDI, jointly and severally, together with such other relief as the Court deems just and proper.

Pursuant to Local Rule 55.2(b), attached to the Affidavit of C.K. Lee are copies of the Complaint, Affidavits of Service, Clerk's Certificate of Default, Plaintiffs' Damage Calculations, and proposed Default Judgment.

Dated: New York, New York
       October 15, 2024

Respectfully submitted,

By:   */s/ C.K. Lee*
      C.K. Lee, Esq. (CL 4086)

**LEE LITIGATION GROUP, PLLC**
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 661-1008
Email: cklee@leelitigation.com
*Attorney for Plaintiffs*