UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BAUDELIO ARAGON and JOAN ANAYA,

                                              Case No.: 22-cv-08072

                 Plaintiff,                      **[PROPOSED]**
                                              **DEFAULT**
   v.                                          **JUDGMENT**

SG PIZZA, INC.
      d/b/a ZESTY PIZZERIA,
SALVATORE GRIMALDI, and
STEPHANO GRIMALDI,

                          Defendants.

---

      This action having been commenced on September 21, 2022, by the filing of the Summons and Complaint. Defendants SG PIZZA, INC. d/b/a ZESTY PIZZERIA, SALVATORE GRIMALDI, and STEPHANO GRIMALDI, having failed to appear or respond to the Summons and Complaint, it is

**ORDERED, ADJUDGED AND DECREED**:

1. That Plaintiff BAUDELIO ARAGON, has judgment against SG PIZZA, INC. d/b/a ZESTY PIZZERIA, SALVATORE GRIMALDI, and STEPHANO GRIMALDI, jointly and severally, for unpaid wages in the amount of $93,676.02, unpaid FICA contributions in the amount of $7,166.22, unpaid spread of hours premiums in the amount of $20,805.43, damages due to late payment of wages in the amount of $41,833.93, New York State Liquidated damages in the amount of $114,481.45, statutory damages in the amount of $10,000.00 representing penalties under The Wage Theft Prevention Act, statutory damages due to the violation of the Internal Revenue Code in the amount of $35,000.00, amounting in all to $322,963.04.

2. That Plaintiff JOAN ANAYA, has judgment against SG PIZZA, INC. d/b/a ZESTY PIZZERIA, SALVATORE GRIMALDI, and STEPHANO GRIMALDI, jointly and severally, for unpaid wages in the amount of $107,940.00, unpaid FICA contributions in the amount of $8,257.41, unpaid spread of hours premiums in the amount of $16,757.14, damages due to late payment of wages in the amount of $31,744.29, New York State Liquidated damages in the amount of $124,697.14, statutory damages in the amount of $10,000.00 representing penalties under The Wage Theft Prevention Act, statutory damages due to the violation of the Internal Revenue Code in the amount of $35,000.00, amounting in all to $334,395.98.

Dated: New York, New York

_____    _____
                                 Jennifer H. Rearden
                                 United States District Judge

                                 This document was entered on the docket on

                                 _____