UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

BAUDELIO ARAGON, et al.,  :
:
        Plaintiffs, :
:
        -against- :      22-CV-8072 (JHR) (OTW)
:
SG PIZZA, INC., et al., :
:      **ORDER**
        Defendants. :
:

---------------------------------------------------------------x

      **ONA T. WANG**, **United States Magistrate Judge**:

      On October 3, 2024, I ordered Defendants to show cause by October 9, 2024, as to why monetary and/or equitable sanctions, including a recommendation of entry of default, should not be ordered for Defendants' failure to comply with my order at ECF 52. (*See* ECF 55). Also, in my October 3 order to show cause ("OSC"), I directed Plaintiffs to move for default by October 14, 2024, if Defendants failed to reply to my October 3 OSC. Defendants failed to respond to my October 3 Order, (*see* Docket), and Plaintiffs filed a motion for default judgment on October 15, 2024. (ECF 62). However, Plaintiffs failed to file proof of service of their motion for default on Defendants. (*See* Docket). All plaintiffs must file "a certificate of service stating that all documents in support of [a] request for default judgment … have been personally served on … the party against whom default judgment is sought." S.D.N.Y. Local Civ. R. 55.2(a)(3).

      Plaintiffs are directed to serve their motion for default and supporting papers on Defendants and file proof of service of the same on the docket by **June 18, 2025**. This is the second time the Court has had to order Plaintiffs to supplement a motion for default judgment

with proof of service. (*See* ECF 27). If Plaintiffs fail to comply with this order, the Court may recommend that their motion for default judgment be denied.

**SO ORDERED.**

Dated: June 16, 2024
New York, New York

*/s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge