**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

BAUDELIO ARAGON, et al.,             :
                                         :

        Plaintiffs,            :

        -against-            :            22-CV-8072 (JHR) (OTW)
                                           :

SG PIZZA, INC., et al.,            :

                                         :            **ORDER**

        Defendants.         :
                                         :

-------------------------------------------------------------x

        **ONA T. WANG**, **United States Magistrate Judge**:

        This matter has been referred to me for Inquest. Plaintiff shall serve Defendant SG Pizza, Inc., Salvatore Grimaldi, and Stephani Grimaldi with and file inquest damages papers concerning damages and other relief permitted under the entry of default by **Friday, January 30, 2026.** Plaintiff's proposed damages figures should be supported by documentary evidence and/or one or more affidavits establishing the proposed figures. Defendant's opposition papers shall be filed by **Friday, February 13, 2026.**

        Plaintiff shall serve a copy of this Order of all Defendants and file proof of service on the docket by **January 16, 2026.**

        **SO ORDERED.**

                                                           */s/ Ona T. Wang*

Dated: January 5, 2026                                     **Ona T. Wang**
      New York, New York                   United States Magistrate Judge